April 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-11-00850-CR                 V.

NO. 14-11-00851-CR

MIRIAL CLEVELAND, Appellee

_____

This cause was heard on the transcript of the record of the court below.  Having considered the record, this Court holds that there was no error in the orders.  The orders are **AFFIRMED**, and the Court orders that the appellant pay all costs expended in these appeals and that this decision be certified below for observance.